# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



ROBERT A. POLIMENI, DEBORAH
POLIMENI, ROBERT J. POLIMENI,

                Plaintiff(s),

        v.                                      ORDER
                                                05-CV-6108
ELLA RENCKERT, *et al.*

                Defendant(s).

_____

        Currently pending before the Court is plaintiffs' counsel's,

Jeffrey Wicks, Esq., motion to withdraw as attorney.   (Docket #

32).  Plaintiffs opposed their counsel's motion.  On June 20, 2011,

a hearing was held and arguments were heard from plaintiffs and Mr.

Wicks.  The Court reserved its Decision and ordered that Mr. Wicks

file a supplemental brief by July 22, 2011.   The Court hereby

Orders that supplemental briefs are no longer required.  The Court

will issue a written Decision and Order on Mr. Wicks's motion to

withdraw.

SO ORDERED.

                        _____
                        JONATHAN W.  FELDMAN
                        United States Magistrate Judge

Dated: July **11**, 2011
Rochester, New York